UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

### CLERK'S MINUTES

The Honorable Natalie H. Adams
Courtroom 11A

Hicks v. TrueAccord Corp.
8:25-cv-01655-WFJ-NHA

| | |
|---|---|
| **Date**: July 28, 2025 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 2:30 PM–2:43 PM<br>      \| Total: 13 mins | **Deputy Clerk**: Clara Reaves |
| **Plaintiff's Counsel** | **Defense Counsel** |
| Michael Wasylik, Pl. | John Marees, Def. |

| IDEAL Case Management Hearing (Zoom) |
|---|
| All counsel present. |

All counsel present.

Court explains IDEAL program and asks parties if they have questions or concerns.

Court asks parties to file a consent to the program within a week if they'd like to participate. Otherwise, parties should file a case management report in accordance with local rules.

Court in recess.